UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ROGER STEVEY,

    Plaintiff,

           v.

7-ELEVEN, INC., a Texas corporation, formerly known as The Southland Corporation, SALINDER KAUR KANG, SATVINDER SINGH KANG, dba 7-ELEVEN, and DOES ONE through FIFTY, inclusive,

    Defendants.
_____/

NO. CIV. S-08-2256 WBS CMK

ORDER

----oo0oo----

On May 12, 2009, defendants 7-Eleven, Inc., Salinder Kaur Kang, and Satvinder Singh Kang filed a counter-motion for summary judgment along with their opposition to plaintiff Roger Stevey's motion for summary judgment. Plaintiff shall file any reply to the opposition of his motion for summary judgment and any opposition to defendants' motion for summary judgment no later than May 18, 2009. Defendants shall file any reply to the

opposition of their motion for summary judgment no later than May 22, 2009. The oral argument on the parties' motions for summary judgment are hereby rescheduled for June 8, 2009, at 2:00 p.m. in Courtroom No. 5.

    IT IS SO ORDERED.

DATED: May 14, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE