UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ROGER STEVEY,

    Plaintiff,

v.

7-ELEVEN, INC., a Texas corporation, formerly known as The Southland Corporation, SALINDER KAUR KANG, SATVINDER SINGH KANG, dba 7-ELEVEN, and DOES ONE through FIFTY, inclusive,

    Defendants.

NO. CIV. S-08-2256 WBS CMK

ORDER

----oo0oo----

On May 15, 2009, plaintiff filed a Motion to Strike Defendants' Exert Witness and Declarations of Neal Casper and Olan Smith, which was improperly noticed pursuant to Local Rule 78-230(b). Plaintiff's motion is hereby set for oral argument on June 22, 2009. Defendants shall file any opposition to the aforementioned motion by June 1, 2009, and plaintiff shall file any reply by June 8, 2009.

1

Oral argument on plaintiff's Motion for Summary Judgment and defendants' Cross-Motion for Summary Judgment is hereby rescheduled for June 22, 2009. This Order does not alter the briefing schedule for the parties' motions for summary judgment as set by the court's May 14, 2009 Order.

IT IS SO ORDERED.

DATED: May 20, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE