**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, ROGER STEVEY**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGER STEVEY,**<br><br>      **Plaintiff,**<br>**v.**<br><br>**7-ELEVEN, INC., a Texas corporation, formerly known as The Southland Corporation, SALINDER KAUR KANG, SATVINDER SINGH KANG, dba 7-ELEVEN, and DOES ONE through FIFTY, inclusive,**<br><br>      **Defendants.** | **Case No. 2:08-CV-2256 WBS CMK**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE and ORDER** |

Plaintiff **ROGER STEVEY** and Defendants **7-ELEVEN, INC., a Texas corporation, formerly known as The Southland Corporation, SALINDER KAUR KANG, SATVINDER SINGH KANG, dba 7-ELEVEN** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into a Confidential Settlement Agreement and Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, all parties to bear their own attorney fees and costs.

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**IT IS SO STIPULATED.**

**SINGLETON LAW GROUP**

Dated: July 15, 2009   /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**Roger Stevey**

**CALL, JENSEN & FERRELL**

Dated: July 14, 2009   /s/ Lisa A. Wegner
Lisa A. Wegner
Attorneys for Defendants, **7-Eleven, Inc.**
**Saliinder Kaur Kang, Satvinder Singh Kang,**
**dba 7-Eleven**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>STEVEY v 7-ELEVEN, INC., et al.</u>, Case Number 2:08-CV-2256 WBS CMK, is dismissed with prejudice with all parties to bear their own attorneys fees and costs.

Dated: July 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE